IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Godoy,<br><br>             Petitioner,<br><br>v.<br><br>Jason Gunther,<br><br>             Respondent. | No. CV-25-01203-PHX-JJT<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 12, "R&R") entered by United States Magistrate Judge Eileen S. Willett recommending that the Court dismiss, without prejudice, Mr. Godoy's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1). In the R&R, Judge Willett advised the parties they had fourteen days from the date of service of a copy of the R&R "within which to file specific written objections to the Court," and that "[f]ailure to timely file objections to [the R&R] may may result in the acceptance of [the R&R] by the District Court without further review," as provided in *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). (Doc. 12 at 5.) It has been 34 days since entry of the R&R and no party has filed any objection. The District Court is thus free to accept the R&R and its analysis without further review. It nonetheless reviews the issues raised in the Petition on the merits. Upon doing so, it concludes, for the reasons set forth in the R&R, that Judge Willett is correct and it will deny and dismiss without prejudice the Petition.

As Judge Willett found in the R&R, Petitioner is not yet eligible for application of any earned time credits and therefore the Petition is not ripe. (R&R at 4.) And without ripeness, there is not yet a case or controversy before the Court, which then lacks jurisdiction over the matter.

**IT IS THEREFORE ORDERED** adopting in whole the R&R entered by Judge Willett (Doc. 12), including its reasoning.

**IT IS FURTHER ORDERED** dismissing, without prejudice. the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) as unripe. Should Petitioner's claim ripen and the Bureau of Prisons not act to apply any earned time credits such that he would immediately be eligible for release upon application of such credits, he may file a new Petition in a new matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and close this matter.

Dated this 8th day of December, 2025.

Honorable John J. Tuchi
United States District Judge